■ DIANA QUEAL, Individually and as the Parent and Natural Guardian of HEATHER M. QUEAL, an Infant, Respondent, v

CESAR A. PERALES, as Commissioner of the New York State Department of Social Services, Appellant, and JEAN WAGONER, as Commissioner of the Jefferson County Department of Social Services, Respondent.—Judgment, insofar as appealed from, unanimously reversed, on the law, without costs, and judgment granted declaring 18 NYCRR 352.29 (h) valid as applied to minor children. Same memorandum as in *Hutchins v Perales* (122 AD2d 541). (Appeal from judgment of Supreme Court, Jefferson County, McLaughlin, J.—declaratory judgment.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ. *[See,* 126 Misc 2d 692.]